No. 96–842. UNITED STATES v. O'HAGAN. C. A. 8th Cir. Certiorari granted. Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, February 28, 1997. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Friday, March 28, 1997. A reply brief, if any, may be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, April 9, 1997. This Court's Rule 29.2 does not apply.

JANUARY 21, 1997

No. 96–106. HESS ET AL. v. FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR SOUTHEAST BANK, N. A., ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Atherton v. FDIC, ante, p. 213.

No. 96–548. UNITED STATES v. CROWDER ET AL. C. A. D. C. Cir. Motion of respondents for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Old Chief v. United States, ante, p. 172.

No. D–1730. IN RE DISBARMENT OF MEKLER. Disbarment entered. [For earlier order herein, see ante, p. 923.]

No. D–1745. IN RE DISBARMENT OF CROCKETT. Disbarment entered. [For earlier order herein, see ante, p. 978.]